

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00245-CV

**IN RE** Camoray **WATHEN-ESCOBAR**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Adrian A. Spears II, Justice

Delivered and Filed: April 8, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; PETITION FOR HABEAS CORPUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

On March 25, 2026, relator filed a petition for writ of mandamus, petition for habeas corpus, and an emergency motion for temporary relief. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Intermediate courts of appeal have limited jurisdiction to issue writs of habeas corpus. This original jurisdiction does not encompass habeas corpus cases arising under the Family Code pertaining to the return of a minor child. *See* TEX.

---

[1]This proceeding arises out of Cause No. 2024-PA-01069, styled *In the Interest D.W. and A.W., Children,* pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Raul Perales presiding.

FAM. CODE § 157.371 (requiring a petition for writ of habeas corpus to be filed "in either the court of continuing, exclusive jurisdiction or in a court with jurisdiction to issue a writ of habeas corpus in the county in which the child is found").

After considering the petition and the record, this court concludes relator has not shown that she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Her petition for writ of habeas corpus is DENIED. *See* TEX. GOV'T CODE ANN. § 22.221(d). Relator's motion for temporary relief is DENIED AS MOOT.

PER CURIAM